# FINANCIAL DISCLOSURE REPORT
## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bury, David C. | U.S. District Court – Arizona | 09/12/2001 |

| 4. Title (Article III judges indicate active or senior status: magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge nominee | X Nomination, Date 09/10/2001<br>Initial   Annual   Final | 01/01/2000 to 08/31/2001 |

**7. Chambers or Office Address**

2606 E. 10th Street

Tucson, Arizona 85716

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only: see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | President | Bury, Moeller, O'Meara & Gage |
| 2 | President | Bury, Moeller, Humphrey & O'Meara |
| 3 | | |

## II. AGREEMENTS  *(Reporting individual only: see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | 2000 | Bury, Moeller, Humphrey & O'Meara Pension Plan with former law firm, control |
| 2 | 2000 | Bury, Moeller, Humphrey & O'Meara Employment Agreement for payment of interest in former law firm. |
| 3 | 2000 | Bury, Moeller, Humphrey & O'Meara Stockholder's Agreement for payment of value of stock in former law firm. |

## III. NON-INVESTMENT INCOME  *(Reporting individual and spouse: see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 1999 | Bury, Moeller, Humphrey & O'Meara | $198,000 |
| 2 | 1999 | Tucson Unified School District | |
| 3 | 2000 | Bury, Moeller, Humphrey & O'Meara | $146,000 |
| 4 | 2000 | Tucson Unified School District | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Washington Mutual | Mortgage on Rental Property #1 | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | (1) Amount Code (A-H) | (2) Type (e.g. dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Rental Property #1 Tucson, Arizona | E | Rent | N | W | Exempt | | | | |
| 2 Rental Property #2 Tucson, Arizona | C | Rent | L | W | Exempt | | | | |
| 3 Law Firm Work in Progress | | None | M | T | Exempt | | | | |
| 4 Law Firm Stock | | None | K | U | Exempt | | | | |
| 5 Wells Fargo Accounts | B | Interest | K | T | Exempt | | | | |
| 6 Wells Fargo IRA | A | Dividend | J | T | Exempt | | | | |
| 7 - Growth Fund Amer American Int'l Group - common | A | Dividend | J | T | Exempt | | | | |
| 8 Caterpillar - common | A | Dividend | J | T | Exempt | | | | |
| 9 Freddie Mac - common | A | Dividend | J | T | Exempt | | | | |
| 10 General Electric - common | A | Dividend | J | T | Exempt | | | | |
| 11 Hartford Fincl. Svs. - common | A | Dividend | J | T | Exempt | | | | |
| 12 Nokia - common | A | Dividend | J | T | Exempt | | | | |
| 13 Wells Fargo - common | A | Dividend | J | T | Exempt | | | | |
| 14 Money Market | A | Interest | K | T | Exempt | | | | |
| 15 College Custodian Fund #1 | | | | | | | | | |
| 16 - Money Market | A | Interest | J | T | Exempt | | | | |
| 17 College Custodian Fund #2 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure. | | | | | | | | | |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 - Amer. Nat'l. Bank - CD | A | Interest | J | T | Exempt | | | | |
| 19 - America Bank CD | A | Interest | J | T | Exempt | | | | |
| 20 - Discover Bank CD | A | Interest | J | T | Exempt | | | | |
| 21 - 1st Nat'l. Bank CD | A | Interest | J | T | Exempt | | | | |
| 22 - 1st USA Bank | A | Interest | J | T | Exempt | | | | |
| 23 - Park Ave. Bank CD | A | Interest | J | T | Exempt | | | | |
| 24 - Money Market | A | Interest | J | T | Exempt | | | | |
| 25 AG Edwards IRA | | | | | | | | | |
| 26 - Dell Computers - common | A | Dividend | J | T | Exempt | | | | |
| 27 - Investment Co. of America mutual fund | A | Dividend | J | T | Exempt | | | | |
| 28 - Intell Corp. | A | Dividend | J | T | Exempt | | | | |
| 29 - Johnson & Johnson - common | A | Dividend | J | T | Exempt | | | | |
| 30 - AIM Int'l. Funds | A | Dividend | J | T | Exempt | | | | |
| 31 - Sprint - common | A | Dividend | J | T | Exempt | | | | |
| 32 Trust Beneficiary Trust Co. of Oklahoma | | | M | T | Exempt | | | | |
| 33 - Bank of Amer. account | | | | | Exempt | | | | |
| 34 - Tulsa Teachers Credit Union | | | | | Exempt | | | | |

| 1 Inc/Gain Codes: (Col B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3  INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | *If not exempt from disclosure* | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35  – Alliance US Bond | | | | | Exempt | | | | |
| 36  – Raytheon New | | | | | Exempt | | | | |
| 37  Profit Sharing Plan  – See attached list | A | Interest | O | T | Exempt | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=$5,000,001 or more | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less O=$500,001-$1,000,000 | K=$15,001-$50,000 P1=$1,000,001-$5,000,000 | L=$50,001-$100,000 P2=$5,000,001-$25,000,000 | M=$100,001-$250,000 P3=$25,000,001-$50,000,000 | N=$250,001-$500,000 P4=$50,000,001 or more |
| 3 Val Mth Codes: (Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |